PROB 12A
(10/24)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Richard Howard              Cr.: 18-00049-001
                                                                   PACTS #: 4528493

Name of Sentencing Judicial Officer:    THE HONORABLE JOSE L. LINARES
                                        CHIEF UNITED STATES DISTRICT JUDGE

Name of Assigned Judicial Officer:      THE HONORABLE CLAIRE C. CECCHI
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/09/2018

Original Offense:   Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1), a Class C Felony

Original Sentence: 57 months imprisonment, 3 years supervised release

Special Conditions: Alcohol/Drug Testing and Treatment, Mental Health Treatment, Life Skills/Education, Motor Vehicle Compliance, Supporting Dependents

Type of Supervision: Supervised Release                Date Supervision Commenced: 10/04/2024

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    The individual under supervision has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.'**

                     On July 22, 2025, after the administration of an instant drug screen, Mr. Howard admitted to using heroin on July 20, 2025. The drug screen revealed that the heroin ingested by Mr. Howard was laced with fentanyl.

U.S. Probation Officer Action:

Mr. Howard admitted to the undersigned officer that he used heroin on July 20, 2025, after running out of his suboxone prescription. The undersigned officer had a lengthy conversation with Mr. Howard regarding the concerns of his relapse and the presence of fentanyl in his system, as fentanyl is an extremely dangerous substance. The undersigned officer advised Mr. Howard that due to his history of substance abuse, the probation office was referring him to residential treatment, which he ultimately agreed to attend. Mr. Howard was referred to Integrity House, Inc. on the same day, with an admission date of July 24, 2025.

Prob 12A – page 2
Richard Howard

On July 24, 2025, the Probation Office received confirmation that Mr. Howard presented for intake at the residential substance abuse program as directed. He was placed at the facility's short-term residential program located in Secaucus, New Jersey. Mr. Howard will remain at the program for a minimum of 28 days and is aware that he must participate in the treatment plan recommended by clinicians.

At this time, we respectfully recommend no formal Court action. The Probation Office will continue to monitor Mr. Howard's progress and compliance at the treatment program. Should additional noncompliance take place, the Court will be notified accordingly. We respectfully await Your Honor's final decision in this regard.

Respectfully submitted,

JOSEPH A. DAGROSSA, Chief
U.S. Probation Officer

By:   CARLY T. SCHULTZ
Senior U.S. Probation Officer

/ cts

APPROVED:

IVETTELIS PEREZ            July 28, 2025
Supervising U.S. Probation Officer    Date

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Signature of Judicial Officer

7/29/2025
Date